1
 The People of the State of Colorado, Petitioner In the Interest of Minor Child: B.C.B., B.C.B., Petitioner v. A.B. a n d J.S. Respondents No. 24SC539
Supreme Court of Colorado
October 21, 2024
 
          
 GRANTED PETITIONS FOR WRIT OF CERTIORARI
 
 
          Petitions
 for Writ of Certiorari GRANTED. EN BANC.
 
 
          Did the
 court of appeals correctly interpret the amended language of
 Colorado Revised Statute section 19-3-102(1)(g)?
 
 
          Did the
 court of appeals err in finding that there was insufficient
 evidence to support the jury's verdict, by a
 preponderance of the evidence, that BCB was dependent and
 neglected?
 
 
          [REFRAMED]
 Whether a divided division of the court of appeals erred in
 its interpretation of recently amended section
 19-3-102(1)(g), C.R.S., and in relying on agency regulations
 to define this statutory provision.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.